

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
May 06, 2016

NVB 3011 (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−10−17848−mkn |
| ANNE L. CALLAGHAN | CHAPTER 13 |
| Debtor(s) | ORDER FOR PAYMENT OF UNCLAIMED FUNDS |

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore,

**IT IS ORDERED** that the amount of $ 1,045.08 constituting an unclaimed dividend is declared due to PNC Bank, National Association.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

PNC Bank, National Association
Attn: David L. Zive
1600 Market Street, 28th Floor
Philadelphia, PA 19103

###